# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Disabled Patriots of America Inc.,

Plaintiff(s),

v.

Nakash Lincoln Tenant LLC et al,

Defendant(s).

Case No. 1:21-cv-03368
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Defendants Lincoln 1816 Tenant LLC, Nakash Lincoln Tenant LLC and against plaintiff(s) Disabled Patriots of America Inc.

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion to dismiss.

Date: 2/25/2022

Thomas G. Bruton, Clerk of Court

E. Wall, Deputy Clerk